



Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
orrick.com

Scott Morvillo

E smorvillo@orrick.com
D +1 212 506 3512
F +1 212 506 5151

November 18, 2019

<u>Via Email</u>

Honorable Jed S. Rakoff
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14B
New York, New York 10017



Re: *United States v. Abell Oujaddou, No. 18-cr-00579 (JSR)*

Dear Judge Rakoff:

      We represent the defendant, Abell Oujaddou, in the above-captioned case. As Your Honor may recall, on October 11, 2019, Mr. Oujaddou was sentenced to Time Served, two years of Supervised Release and a $500,000 fine (which Mr. Oujaddou paid on November 1, 2019). We write now to request that Your Honor Order the United States Pretrial Services Office to release Mr. Oujaddou's passport.

      We have spoken with Assistant United States Attorney, Christine Magdo, and she does not object to our request.

      A so-ordered order block follows this letter. We can provide a separate proposed order if the Court would prefer.



Thank you for your consideration. Please contact me at (212) 506-3512 if you have any questions or if you need additional information.

Respectfully,

E. Scott Morvillo

cc: Christine Magdo, Esq. *(via email)*

**BY THE COURT:**

**The Defendant's request for the return of his passport is GRANTED. The United States Pretrial Services Office is hereby ORDERED to release Mr. Oujaddou's passport.**

**DATED:** New York, New York
November 20, 2019

HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE